Sheridan Trust & Savings Bank, appellee, v. Francis J. Casey et al., on appeal of Francis J. Casey, appellant.  Gen. No. 27,504.

Suit to foreclose a trust deed conveying premises owned by plaintiff to his wife.  Decree for complainant.  Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in this court at the October term, 1921.  Affirmed.  Opinion filed October 30, 1922.  Rehearing denied November 13, 1922.  *Certiorari* denied by Supreme Court (making opinion final).

Elmer A. Johnson, for appellant.  McCulloch, McCulloch & Dunbar, for appellee.  Harold J. Clark, for receiver; Ralph D. Shanesy, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Sig Engel, appellant, v. Moir Hotel Company and Morrison Hotel and Restaurant Company, appellees.  Gen. No. 27,239.

Action to recover a certain sum delivered to defendants as innkeepers.  Judgment for defendants.  Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding.  Heard in this court at the October term, 1921.  Reversed and remanded. Opinion filed October 30, 1922.

Hall & Spitz, for appellant.  Campbell & Fisher, for appellees.

Mr. Justice Dever delivered the opinion of the court.

---

Michael Boros, Sr., guardian of the estate of Michael Boros, Jr., appellee, v. Olson Rug Company, appellant.  Gen. No. 27,248.

Action for personal injuries to a minor while employed by defendant on a dangerous and hazardous machine in violation of the Child Labor Act.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1921.  Affirmed.  Opinion filed October 30, 1922.  *Certiorari* denied by Supreme Court (making opinion final).

Charles A. Scott and Wiley W. Mills, for appellant.  Finn & Miller, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Edson Florsheim, appellee, v. Edward Lasham Company, appellant. Gen. No. 27,257.

Action to recover a sum expended by plaintiff for the repair of an automobile in which he was riding when it was struck by defendant's truck.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. John B. Crabtree, Judge, presiding. Heard in this court at the October term, 1921.  Reversed with finding of fact.  Opinion filed October 30, 1922.

Frank L. Tuttle, for appellant.  Guy H. Powell, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Sam Cohen, appellee, v. Westfall Storage, Van and Express Company, appellant.  Gen. No. 27,360.

Action to recover for the negligence of defendant as a warehouseman in carting and storing certain rugs and other articles.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. J. W. Schulman, Judge, presiding.  Heard in this court